IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TERRELL JONES**                                                                                   PLAINTIFF

v.                Civil No. 13-2244

**JAIL ADMINISTRATOR PETER PETERSON;**
**and JAILER CHAD QUEEN**                                                              DEFENDANTS

O R D E R

Now on this 7th day of January 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #4), to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #4) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed with prejudice**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**